JOHN HOPKINS ET AL. *v.* BOARD OF EDUCATION OF THE TOWN OF HAMDEN ET AL.

The named defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Lawrence R. O'Brien,* assistant town attorney, for the appellee (defendant board of education of the town of Hamden).

*Bernard F. McGovern, Jr.,* assistant attorney general, for the appellee (defendant state board of education).

No appearance for the appellants (plaintiffs).

Argued June 5—decided June 5, 1973

R. FRANK TALARICO ET AL. *v.* COMMISSIONER OF TRANSPORTATION OF THE STATE OF CONNECTICUT

The plaintiffs' motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*S. Victor Feingold,* assistant attorney general, for the appellant (defendant).

No appearance for the appellees (plaintiffs).

Argued June 5—decided June 5, 1973

MILDRED P. WHITNEY *v.* JOHN C. O'BRIEN

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*John C. O'Brien,* pro se, the appellant (defendant).

No appearance for the appellee (plaintiff).

Argued June 5—decided June 5, 1973